**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** I | **Investigating Agency** FBI |
| **City** Andover, MA | **Related Case Information:** | |
| **County** Essex | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number 20-mj-1234-DLC et al. | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: MATTHEW ABIODUN AKANDE      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Mexico City, Mexico

Birth date (Yr only): 1988    SSN (last4#): _____    Sex: M    Race: _____    Nationality: Nigerian

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: James R. (J.R.) Drabick    Bar Number if applicable: 667460

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 33

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/19/2022    Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     MATTHEW ABIODUN AKANDE

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2 |
| Set 3 | 18 U.S.C. § 1030(a)(4) | Unauthorized Access to Protected Computers in Furtherance of Fraud | 3-6 |
| Set 4 | 18 U.S.C. §§ 641, 2 | Theft of Government Money | 7-19 |
| Set 5 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 20-33 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____