IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 22cr10163 IT - DLC |
| ) | |
| MATTHEW ABIODUN AKANDE, ) | |
| ) | |
| Defendant ) | |

GOVERNMENT'S MOTION TO AMEND COURT ORDER SEALING INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4) and Local Rule 7.2, the United States of America hereby moves this Court to amend the Court's order sealing the indictment (dated July 19, 2022) to facilitate the government's effort to extradite the defendant. The defendant is believed to be residing in Mexico. The government requests that the order sealing the indictment be amended to allow disclosure of the indictment to and by law enforcement personnel, including foreign authorities, in connection with the performance of their duties for the purpose of locating, arresting, and/or extraditing the defendant.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided a copy of the Court's order on the present motion.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

Date:  September 23, 2022         By:   /s/ James R. Drabick
                                        JAMES R. DRABICK
                                        Assistant U.S. Attorney

**SO ORDERED.**
                                        _____
Date:                                   HONORABLE INDIRA TALWANI
                                        United States District Court Judge