IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 22cr10163-IT |
| ) | |
| MATTHEW ABIODUN AKANDE, ) | |
| ) | |
| Defendant ) | |

**GOVERNMENT'S MOTION TO UNSEAL**
**INDICTMENT AND ARREST WARRANT**

The United States of America hereby moves this Court to direct that the indictment and arrest warrant be unsealed. In support of this motion, the government submits that the need to seal the indictment and arrest warrant in this matter no longer exists because the defendant was arrested in the United Kingdom on or about October 15, 2024 at the request of the United States. For scheduling purposes, the government will advise the Court's clerk if and/or when the defendant is expected to arrive in the United States pursuant to a forthcoming extradition request.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   *James R. Drabick*
James R. Drabick
Assistant U.S. Attorney

Date:  November 12, 2024